DANIEL G. BOGDEN
United States Attorney
NANCY J. KOPPE
Assistant United States Attorney
333 South Las Vegas Blvd., Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:10-cr-00037-RLH-RJJ |
| vs. ) | **GOVERNMENT'S MOTION TO DISMISS INDICTMENT** |
| JACK DAVID WILLET, ) | |
| Defendant. ) | |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Nancy J. Koppe, Assistant United States Attorney, moves to dismiss the indictment in the above-named case, as the defendant passed away on April 4, 2010.

**DATED** this 29th day of September, 2010.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

 /s/ Nancy J. Koppe

NANCY J. KOPPE
Assistant United States Attorney

IT IS SO ORDERED.

_____
United States District Judge

DATED:  September 30, 2010